UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ELISE BERGERON

No. 2:23-cr-86-NT

# INDICTMENT

The Grand Jury charges that:

## INTRODUCTORY ALLEGATIONS

1. In the summer of 2022, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") began investigating several federal firearm law violations involving Jennifer Scruggs and others in the District of Maine and elsewhere.

2. In the fall of 2022, an ATF Task Force Officer ("TFO") learned that Jennifer Scruggs, her boyfriend Aaron Michaud, and others had traveled from Maine to California by rental car in June 2022 for the purpose of transporting a number of firearms that Scruggs had illegally purchased for two convicted felons, Anthony Coleman (a/k/a "Rent") and Lonnel Diggs (a/k/a "Cash").

3. The investigation established that Anthony Coleman had rented the vehicle that was used in the California trip. The vehicle was picked up from the Portland, Maine Jetport on June 18, 2022, and returned there on July 15, 2022.

4. The investigation also established that Defendant ELISE BERGERON was added as an authorized driver on the rental car agreement.

5. In early December 2022, an ATF TFO contacted defendant ELISE BERGERON and she agreed to be interviewed.

6. On December 6, 2022, an ATF TFO and an ATF special agent interviewed Defendant ELISE BERGERON at the Lewiston Police Department. At the time, BERGERON was not in custody and she was advised that she was free to leave at any time.

## COUNT ONE
## (False Statement to a Federal Law Enforcement Officer)

7. The Grand Jury realleges and incorporates the allegations in Paragraphs 1-6 above as if fully set forth herein.

8. On about December 6, 2022, in Lewiston, Maine, within the District of Maine, the defendant

## ELISE BERGERON

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, Defendant told a federal Task Force Officer and a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives that even though she had been in a "sexual" relationship with an individual by the name of "Rent" and had traveled from Maine to California with him in June of 2022, BERGERON did not know his name, when as Defendant then and there knew, Rent's actual name was Anthony.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWO
## (False Statement to a Federal Law Enforcement Officer)

9. The Grand Jury realleges and incorporates the allegations in Paragraphs 1-8 above as if fully set forth herein.

10. On about December 6, 2022, in Lewiston, Maine, within the District of Maine, the defendant

**ELISE BERGERON**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, Defendant told a federal Task Force Officer and a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives that she did not know the name of the woman who traveled from Maine to California with them in June of 2022 (or knew her only as "J"), when as Defendant then and there knew, "J's" real name was Jennifer Scruggs.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT THREE
### (False Statement to a Federal Law Enforcement Officer)

11. The Grand Jury realleges and incorporates the allegations in Paragraphs 1-10 above as if fully set forth herein.

12. On about December 6, 2022, in Lewiston, Maine, within the District of Maine, the defendant

**ELISE BERGERON**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, Defendant told a federal Task Force Officer and a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives that no one other than the Defendant, "J" and "Rent" traveled from Maine to

California in June of 2022, when as Defendant then and there knew, Jennifer Scruggs' boyfriend Aaron Michaud also went with them on the trip to California.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR
## (False Statement to a Federal Law Enforcement Officer)

13. The Grand Jury realleges and incorporates the allegations in Paragraphs 1-12 above as if fully set forth herein.

14. On about December 6, 2022, in Lewiston, Maine, within the District of Maine, the defendant

### ELISE BERGERON

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, Defendant told a federal Task Force Officer and a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives that she did not know anyone by the name of "Cash," when as Defendant then and there knew, she and Cash (i.e., Lonnel Diggs) were friends on Facebook and had, among other things, smoked marijuana together and shot firearms together.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FIVE

### (False Statement to a Federal Law Enforcement Officer)

15. The Grand Jury realleges and incorporates the allegations in Paragraphs 1-14 above as if fully set forth herein.

16. On about December 6, 2022, in Lewiston, Maine, within the District of Maine, the defendant

### ELISE BERGERON

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States. Specifically, Defendant told a federal Task Force Officer and Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives that she was unaware that there were any firearms in the rental car that she and others drove to California in June of 2022, when Defendant then and there knew, there were firearms in the vehicle packed in duffle bags, which Defendant herself helped unpack when they got to California.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL,

*[signature]*
Assistant U.S. Attorney

Signature Redacted – Original on file with the Clerk's Office

Date: 8/23/2023