## Indictment Synopsis

2:23-cr-86-NT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 AUG 23 P 2:56

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Elise Bergeron |
| **Address:** (City & State Only) | Lewiston, Maine |
| **Year of Birth/Age:** | 1999/24 |
| **Violations:** | <u>Counts One through Five</u>: False statements to a federal law enforcement officer, in violation of 18 U.S.C. § 1001(a)(2). |
| **Penalties:** | <u>Counts One through Five</u>: Imprisonment of not more than five years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both. 18 U.S.C. § 1001(a); 18 U.S.C. § 3571(b)(3).<br><br>Class D felonies pursuant to 18 U.S.C. § 3559(a)(4). |
| **Supervised Release:** | <u>Counts One through Five</u>: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | <u>Counts One through Five</u>: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Counts One through Five</u>: Three years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | Amy Fairfield, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | ATF/Task Force Officer Dominic Cloutier |
| **Detention Status:** | Released on bail pending indictment/trial |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |

| | |
|---|---|
| **AUSA:** | Sheila Sawyer |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |